**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Shannon Michael Hinze |
| Debtor 2 (Spouse, if filing) | Mary Alice Hinze |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number | 19-40290-399 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.          **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:     9   5   0   3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Iltemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 2/1/2019 | (5) | $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Review of Plan | 1/31/2019 | (11) | $ 150.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Shannon Michael Hinze

First Name    Middle Name    Last Name

Case number *(if known)* 19-40290-399

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Muhammad Esa Ahmed

Signature

Date  02/19/2019

Print:    Muhammad Esa Ahmed, #70619

First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company    Millsap & Singer, LLC

Address    612 Spirit Drive

Number    Street

St.Louis    MO    63005

City    State    ZIP Code

Contact phone    636-537-0110

Email  bkty@msfirm.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | Case Number 19-40290-399 |
| Shannon Michael Hinze | ) | |
| Mary Alice Hinze | ) | |
| | ) | Chapter 13 |
| Debtors, | ) | |
| | ) | |
| Quicken Loans Inc. | ) | |
| | ) | |
| Creditor, | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 19, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Muhammad Esa Ahmed*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Erik Matthew Papke

Diana S. Daugherty

Office of the United States Trustee

1

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

       Shannon Michael Hinze
       Mary Alice Hinze
       104 Sophie Ln
       Arnold, MO 63010